**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1678

MARTIN BOADU,

                    Petitioner,

          v.

MICHAEL B. MUKASEY, Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A94-137-636)

Submitted:  February 14, 2008          Decided:  April 2, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jaime Winthuysen Aparisi, Silver Spring, Maryland, for Petitioner. Jeffrey S. Bucholtz, Acting Assistant Attorney General, David V. Bernal, Assistant Director, Lauren E. Fascett, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Boadu, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen his removal proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Boadu's motion. See 8 C.F.R. § 1003.2(c)(2) (2007). Accordingly, we deny the petition for review for the reasons stated by the Board. See In Re: Boadu, No. A94-137-636 (B.I.A. June 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED